Municipal Court of Manchester,
April 3, 1928.

MARY SWEENEY *v.* THOMAS H. McQUAID.

*James A. Broderick*, for the plaintiff.

*John S. Hurley*, for the defendant.

*Per Curiam.* In the absence of brief or oral argument by the defendant, no reason is perceived why the court did not have jurisdiction of both the parties and the cause of action. P. L., c. 323, s. 18; *Patten* v. *Patten*, 79 N. H. 388; *Dolber* v. *Young*, 81 N. H. 157.

*Judgment on the verdict.*